FILED
2005 Jul-12  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **RICHARD HENRY JOBSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No.  CV 04-S-2708-NE |
| ) | |
| **WARDEN BILLY MITCHEM,** ) | |
| **CAPTAIN PATRICK ROBINSON,** ) | |
| **OFFICER VIVIN MOORE,** ) | |
| **OFFICER MICHAEL CODY,** ) | |
| **OFFICER MATTHEW WHITE,** ) | |
| **OFFICER KENNETH COSSY,** ) | |
| **and LIEUTENANT DON BROCK,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

The magistrate judge filed a report and recommendation on February 7, 2005, recommending that plaintiff's claims that he was placed in house arrest without due process, written false disciplinaries, and threatened, against Officer White, Capt. Robinson, and Lt. Brock be dismissed.  It was further recommended that plaintiff's claim that he was denied due process, denied access to the courts, and subjected to cruel and unusual punishment against Warden Billy Mitchem, Officer Kenneth Cossy, Officer Michael Cody, and Officer Vivin Moore be referred to the magistrate judge for further proceedings.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. Accordingly, it is ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except plaintiff's claims that he was denied due process, denied access to the courts, and subjected to cruel and unusual punishment against Warden Billy Mitchem, Officer Kenneth Cossy, Officer Michael Cody, and Officer Vivin Moore are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the claims that plaintiff was denied due process, denied access to the courts, and subjected to cruel and unusual punishment against Warden Billy Mitchem, Officer Kenneth Cossy, Officer Michael Cody, and Officer Vivin Moore are REFERRED to the magistrate judge for further proceedings.

DONE this 12th day of July, 2005.

_____
United States District Judge